

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN 11, TEXAS

WILL WILSON
ATTORNEY GENERAL

December 15, 1958

Honorable Robert S. Calvert
Comptroller of Public Accounts
Capitol Station
Austin, Texas

Opinion No. WW-535

Re: Whether an Assessor-
Collector of taxes is
authorized under Article
7336f to contract with a
corporation to compile his
delinquent tax records.

Dear Mr. Calvert:

In your recent letter, after referring to Article
7336f, Vernon's Civil Statutes, you have asked the following
question:

"I have before me the situation where the
Assessor-Collector of taxes has contracted with
a corporation to compile his delinquent tax
record. Am I authorized to approve the con-
tract?

"The whole question here is the rights of
the Assessor-Collector to contract with a cor-
poration for the purposes set forth in Senate
Bill No. 231."

S. B. 231, Acts 1955, 54th Leg., p. 650, ch. 226, and
codified as Article 7336f, Vernon's Civil Statutes, provides
for the compilation of delinquent tax records by the Assessor-
Collector of taxes and concludes with the following provisions:

"If for any reason the Assessor-Collector
of taxes and his regular deputies are unable to
perform the duties required by this Act, then
such Assessor-Collector shall contract with a
competent person or persons to compile, re-
compile or supplement the delinquent tax record,
as the case may be, . . ."

Article 23, Vernon's Civil Statutes, provides as fol-
lows:

"The following meaning shall be given to
each of the following words, unless a different
meaning is apparent from the context:

". . .

"2. 'Person' includes a corporation.

". . ."

The annotations listed in 32 Words and Phrases 284 indicate the general American definition as interpreted by the various Courts of the country to the effect that the word "person" when used in statutes includes a corporation as well as a natural person. In _Ginther v. Southwest Workover Company_, 286 S.W.2d 291 (Tex.Civ.App., 1956), the Court gave effect to Article 23, and approved the general proposition that the word "person" includes a corporation.

There is no language in Article 7336f which expresses a legislative intent that the Assessor-Collector should not contract with corporations to perform these services. It is the opinion of this office that the words "person or persons" as used in this statute would authorize the Assessor-Collector to contract with a person or a corporation.

## SUMMARY

Under the provisions of Article 7336f the Assessor-Collector is authorized to contract with an individual or a corporation to compile delinquent tax records.

Very truly yours,

WILL WILSON
Attorney General of Texas

By
John L. Estes
Assistant Attorney General

JLE:rm:wb

APPROVED:
OPINION COMMITTEE

Geo. P. Blackburn, Chairman
Elmer McVey
Robert H. Walls
Gordon Cass
Houghton Brownlee
REVIEWED FOR THE ATTORNEY GENERAL
BY: W. V. Geppert